DAN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
960 Paulsen Center
W. 421 Riverside Avenue
Spokane, WA 99201
(509) 624-0159

# UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | No.: **18-01857-FPC11** |
| **EDWARD A. DAWSON & MARCIA A. MEADE, d/b/a DAWSON & MEADE, P.S.,** | Chapter **11** |
| Debtors. | **OPERATING STATEMENT FOR THE MONTH OF NOVEMBER, 2020** |

Attached hereto is Debtors' operating statement information for the month of November, 2020 as provided to the undersigned by the Debtors.

The attached documents are the representations of the Debtors-In-Possession. We have not examined this information or the source documents in sufficient detail to enable us to express any form of assurance on this information.

DATED this 11th day of January, 2021.

SOUTHWELL & O'ROURKE, P.S.

BY: */s/ Dan O'Rourke*

DAN O'ROURKE, WSBA #4911
Attorney for Debtors

Operating Statement-1

**SOUTHWELL & O'ROURKE, P.S.**
**A PROFESSIONAL SERVICE CORPORATION**
**ATTORNEYS AT LAW**
SUITE 960, PAULSEN CENTER
WEST 421 RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 624-0159

**Fill in this information to identify the case:**

Debtor Name  Marcia M Meade / Edward A. Dawson

United States Bankruptcy Court for the: Eastern District of Washington

Case number: 18-01857-FPC11

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11                    12/17

Month:          November 2020                           Date report filed:   01/17/2020
                                                                             MM / DD / YYYY

Line of business: Legal                                 NAISC code:          _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                      Marcia M Meade / Edward A Dawson

Original signature of responsible party

Printed name of responsible party       Marcia M Meade

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☑ | ☐ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

18-01857-FPC11   Doc 456   Filed 01/11/21   Entered 01/11/21 12:26:54   Pg 2 of 26

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 400.87

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 4,428.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 4,559.13

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ -131.13

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 342.50

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

Client assumes

24. **Total payables**

*(Exhibit E)*

$ _____

18-01857-FPC11    Doc 456    Filed 01/11/21    Entered 01/11/21 12:26:54    Pg 3 of 26

Debtor Name Marcia M Meade / Edward A. Dawson          Case number 18-01857-FPC11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F.* Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                    $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                    2
27. What is the number of employees as of the date of this monthly report?        0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _Unknown_
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _Unknown_
30. How much have you paid this month in other professional fees?                $ _Unknown_
31. How much have you paid in total other professional fees since filing the case?        $ _Unknown_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                $ _____
36. Total projected cash disbursements for the next month:                         - $ _____
37. Total projected net cash flow for the next month:                              = $ _____

Official Form 425C          **Monthly Operating Report for Small Business Under Chapter 11**          page **3**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

**Exhibit A**

Debtors   Marcia Meade / Edward Dawson   Case   18-01857FPC-11

Report   November 2020   Date: January 7, 2001

See the figures, see the annotated bank statement

| September 2020 | No Fees earned | 0.00 |
|---|---|---|
| | Total Social Security | 4128.00 |
| | Refund | 300.00 |
| | | 4,428.00 |

Payment towards monies owing.

Tax payment arrangements have been made as to the property taxes owing at the time the Chapter 11 was filed. Payments have been made. Payments towards the outstanding bills has continued. Steps have been taken to make payments towards billing that occurred after to Chapter 11 filing to keep the business viable and stable. Additionally, these payments are made to avoid being sued because the bills are owing.

Listing of Properties

For the real estate owned in Pend Oreille County, Grant County and Ferry County the following additional steps were taken to sell the properties for their highest price.

Grant County multiple lots: The sale of the last group of lots in Grant County was finalized. The monies owing were paid, and the balance paid into the Estate.

Pend Oreille: The Real Estate Agency and two agents were hired. The property was listed several thousand dollars less than currently listed comparable in size and location properties in the same area. Payments on the outstanding property taxes that are within the Chapter 11 are being made.

Ferry County: The price and other matters attendant to the sale of this vacant land. The Real Estate agent and broker to sell the property are being secured. Payments on the outstanding property taxes that are within the Chapter 11 are being made. There has been inquiry about the property by potential buyers but no offers so far

Operation of Business COVID-19. Research and investigation of the feasibility of renting virtual office space as well as providing conference room rental. Those investigations have been hampered by the Covid restrictions.

The implications of Covid have slowed down and interfered with most business activities. Efforts have been made to find work that can be done remotely. In effect it is not applicable to say the business is either operating or not operating with the Covid-19 Shutdown. I have come to work in my office every day Monday through Friday. I continue to work in my office the typical 10 to 12 hour work days. Multiple calls from former clients making "health care inquiries" as to Covid have been fielded by me. So

far six of my former clients have suffered the death of close relatives from Covid. All those clients have been referred to lawyers that do probate work.

Given the risk of potential infection and the risk to my 89 year old husband, I have kept all outside contact to a minimum in my office. I have reduced my presence in all places except for my office proper and our home. Research on potentially offering

Currently, a replacement renter is being sought. The task is greatly hampered by the consequences of Covid. As addressed above options are being explored to rent virtual office space after matters settle down with Covid.

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| Statement Start | October 7, 2020 |
|---|---|
| Statement End | November 5, 2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 30 |
| Page | 1 of 6 |

   

EDWARD A DAWSON
MARCIA M MEADE
1310 W DEAN AVE
SPOKANE WA 99201-2015



for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 2389 | $1,796.01 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING

**Account #**  **2389**

| | | | |
|---|---|---|---|
| Beginning Balance | $456.82 | Average Ledger | $444.31 |
| + Deposits/Credits (10) | $4,612.01 | Average Collected | $444.31 |
| - Checks/Debits (63) | $3,272.82 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $1,796.01 | | |

### Explanation of Service Fees

| Date | Description | Amount |
|---|---|---|
| 11/05 | BASE FEE IN SERVICE CHARGE | 3.00 |
| 11/05 | SERVICE CHARGE REFUND | 3.00- |
| | Total Fees = | 0.00 |

MEMBER
FDIC



3455      rev 09-17



## Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

### Statement of Account

| | |
|---|---|
| Statement Start | October 7,2020 |
| Statement End | November 5,2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 30 |
| Page | 2 of 6 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 10/07 | WASHINGTON N 3810 MAPLE ST ATM W/D 1214 10/06/20 008226 SPOKANE WA C#9024 | | 300.00 |
| 10/07 | FEDEX OFFIC28900028944 SPOKANE WA C#9024 DBT CRD 1439 10/06/20 07817416 | | 3.40 |
| 10/07 | AUTO PAY CENTURYLINK MARCIA MEADE 14430968966 CCD | | 42.34 |
| 10/08 | WASHINGTON 2415 E 29TH AVE ATM W/D 1200 10/07/20 004846 SPOKANE WA C#9024 | | 20.00 |
| 10/08 | POSTAL ANNEX SPOKANE SPOKANE WA C#9024 DBT CRD 1517 10/06/20 30266378 | | 29.69 |
| 10/09 | Trsf from SIMPCKG 2397 Confirmation number 1009202425 | 21.00 | |
| 10/09 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1543 10/08/20 45802060 | | 8.70 |
| 10/09 | EFT D# 49554 Reversal of conditional credit | | 43.51 |
| 10/13 | WASHINGTON N 3810 MAPLE ST CASH DP 1100 10/12/20 008729 SPOKANE WA C#9024 | 50.00 | |
| 10/13 | Dropbox*7J1RBLHD8SMG db.tt/cchelp DE C#9024 DBT CRD 1753 10/09/20 23867351 | | 13.06 |
| 10/13 | FEDEX 529318832 MEMPHIS TN C#9024 DBT CRD 0952 10/09/20 35793318 | | 25.92 |
| 10/14 | WASHINGTON N 3810 MAPLE ST CASH DP 1543 10/13/20 008793 SPOKANE WA C#9024 | 100.00 | |
| 10/14 | WASHINGTON N 3810 MAPLE ST ATM W/D 1544 10/13/20 008795 SPOKANE WA C#9024 | | 80.00 |
| 10/15 | FEDEX 529679168 MEMPHIS TN C#9024 DBT CRD 0940 10/14/20 28468631 | | 8.70 |
| 10/16 | Trsf from SIMPCKG 2397 Confirmation number 1016202722 | 80.00 | |
| 10/16 | WASHINGTON N 3810 MAPLE ST CASH DP 1226 10/15/20 008948 SPOKANE WA C#9024 | 10.00 | |
| 10/16 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1939 10/15/20 57736900 SPOKANE WA C#9024 | | 6.97 |
| 10/16 | BOOTS BAKERY LLC SPOKANE WA C#9024 DBT CRD 1134 10/15/20 96952750 | | 4.96 |
| 10/16 | FEDEX OFFIC28900028944 SPOKANE WA C#9024 DBT CRD 1158 10/15/20 11101990 | | 3.73 |
| 10/16 | FEDEX OFFIC28900028944 SPOKANE WA C#9024 DBT CRD 1214 10/15/20 20590312 | | 3.99 |
| 10/16 | FEDEX OFFIC28900028944 SPOKANE WA C#9024 DBT CRD 1232 10/15/20 31307682 | | 6.37 |



 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | October 7, 2020 |
| Statement End | November 5, 2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 30 |
| Page | 3 of 6 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 10/16 | FEDEX OFFIC28900028944 SPOKANE       WA C#9024 DBT CRD 1452 10/15/20 15604743 | | 1.60 |
| 10/16 | FEDEX OFFIC28900028944 SPOKANE       WA C#9024 DBT CRD 1505 10/15/20 23248306 | | 4.67 |
| 10/19 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1837 10/16/20 61127300 SPOKANE       WA C#9024 | | 14.06 |
| 10/19 | BANGKOK THAI - GRAND SPOKANE       WA C#9024 DBT CRD 2026 10/16/20 51729443 | | 46.05 |
| 10/19 | ROCKET MARKET SPOKANE       WA C#9024 DBT CRD 2015 10/17/20 45017848 | | 13.49 |
| 10/19 | TST* MORTY S TAP & GRI SPOKANE       WA C#9024 DBT CRD 1203 10/18/20 14148389 | | 33.20 |
| 10/20 | MY FRESH BASKET SPOKANE       WA C#9024 DBT CRD 2112 10/19/20 79510375 | | 19.87 |
| 10/20 | PAID OVERDRAFT FEE | | 30.00 |
| 10/21 | NYTIMES 800-698-4637 NY C#9024 DBT CRD 0842 10/20/20 93669761 | | 28.30 |
| 10/21 | PAID OVERDRAFT FEE | | 30.00 |
| 10/23 | JUICE +*REFUNDS 800-642-8056 TN C#9024 POS CRE 0000 10/22/20 98707408 | 100.00 | |
| 10/27 | BVD*BeenVerified.com 855-9046471  NY C#9024 DBT CRD 0412 10/26/20 31367681 | | 44.58 |
| 10/27 | PAID OVERDRAFT FEE | | 30.00 |
| 10/28 | XXSOC SEC  SSA  TREAS 310 MARCIA M MEADE *****8003A  SSA PPD | 1,834.00 | |
| 10/28 | GUARDIAN NEWS & MEDIA LONDON       00 Int Fee 0835 10/28/20 91135516 Card# 9024 | | .05 |
| 10/28 | GUARDIAN NEWS & MEDIA LONDON       GB C#9024 DBT CRD 1125 10/27/20 91135516 | | 5.00 |
| 10/29 | WASHINGTON N 3810 MAPLE ST ATM W/D 1611 10/28/20 000041 SPOKANE       WA C#9024 | | 300.00 |
| 10/29 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1946 10/28/20 94098600 SPOKANE       WA C#9024 | | 24.67 |
| 10/29 | CONOCO - TOWNERS CONOC SPOKANE       WA C#9024 DBT CRD 1831 10/28/20 46056405 | | 19.15 |
| 10/29 | COMCAST BELLINGHAM 800-266-2278 WA C#9024 DBT CRD 0849 10/29/20 97738886 | | 100.96 |
| 10/29 | AT&T*BILL PAYMENT WWW.ATT.COM  TX C#9024 DBT CRD 0905 10/28/20 07405050 | | 217.75 |
| 10/30 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0831 10/30/20 22829900 SPOKANE       WA C#9024 | | 5.73 |

 MEMBER FDIC



**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 10/30 | BOOTS BAKERY LLC SPOKANE        WA C#9024 DBT CRD 1208 10/29/20 17129034 | | 8.36 |
| 10/30 | TRADER JOE S #159 SPOKANE        WA C#9024 DBT CRD 2041 10/29/20 61008335 | | 50.61 |
| 11/02 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1647 10/31/20 37609000 SPOKANE        WA C#9024 | | 22.47 |
| 11/02 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1227 10/30/20 28244824 | | 3.00 |
| 11/02 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1227 10/30/20 28292461 | | 120.01 |
| 11/02 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1233 10/30/20 32396605 | | 3.00 |
| 11/02 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1234 10/30/20 32408883 | | 120.01 |
| 11/02 | PEND OREILLE COUNTY TR 888-8916064   WA C#9024 DBT CRD 1238 10/30/20 35160891 | | 8.04 |
| 11/02 | PEND OREILLE COUNTY TR 888-8916064   WA C#9024 DBT CRD 1238 10/30/20 35183271 | | 321.53 |
| 11/02 | TRADER JOE S #159 SPOKANE        WA C#9024 DBT CRD 2005 10/30/20 39491638 | | 23.45 |
| 11/03 | XXSOC SEC  SSA  TREAS 310 EDWARD A DAWSON *****9378A  SSA PPD | 2,294.00 | |
| 11/03 | ROSAUERS #2 1808 W 3RD POS DEB 1501 11/02/20 11516800 SPOKANE        WA C#9024 | | 4.60 |
| 11/03 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1655 11/02/20 09020900 SPOKANE        WA C#9024 | | 12.00 |
| 11/03 | Donation to the Wikime 877-6009454   CA C#9024 DBT CRD 1138 11/02/20 99149697 | | 5.35 |
| 11/03 | INSPREMIUM TEPCO PREMIUM DAWSON MEADE PS MARCIA PPD | | 133.96 |
| 11/04 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1832 11/03/20 53339400 SPOKANE        WA C#9024 | | 17.06 |
| 11/04 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0822 11/04/20 43658700 SPOKANE        WA C#9024 | | 5.73 |
| 11/04 | THE UPS STORE 2910 E 57TH AVE POS DEB 1325 11/04/20 13078920 SPOKANE        WA C#9024 | | 10.00 |
| 11/04 | FEDEX OFFIC28900028936 SPOKANE        WA C#9024 DBT CRD 1147 11/03/20 40522099 | | 7.58 |
| 11/04 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1603 11/03/20 94275047 | | 3.99 |
| 11/04 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1603 11/03/20 94283993 | | 159.66 |

*(handwritten annotations: "Taxes", "personal", "personal", "ins", "office", "Tax", "Tax")*

**FDIC**

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | October 7,2020 |
| Statement End | November 5,2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 30 |
| Page | 5 of 6 |

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/04 | GRANT COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1609 11/03/20 97464515 | | 2.00 |
| 11/04 | GRANT COUNTY TREASURER 888-8916064   WA C#9024 DBT CRD 1609 11/03/20 97476628 | | *Tax* 70.95 *Tax* |
| 11/05 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 POS CRE 0000 11/04/20 49279920 | 3.00 | |
| 11/05 | FERRY COUNTY TREASURER 888-8916064   WA C#9024 POS CRE 0000 11/04/20 49279919 | 120.01 | |
| 11/05 | WASHINGTON 706 W 2ND AVENUE ATM W/D 0957 11/05/20 001907 SPOKANE     WA C#9024 | | *office* 160.00 |
| 11/05 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1752 11/04/20 19155900 SPOKANE     WA C#9024 | | 28.84 |
| 11/05 | IN *CENTRAL COURT REPO 509-4573377   WA C#9024 DBT CRD 1352 11/04/20 15473519 | | *office* 186.00 |
| 11/05 | AT&T*BILL PAYMENT WWW.ATT.COM   TX C#9024 DBT CRD 1337 11/04/20 06552471 | | *office* 200.00 |
| 11/05 | Amazon Prime*281Z030B2 Amzn.com/bill WA C#9024 DBT CRD 2311 11/04/20 86667607 | | *persnl* 14.15 |
| 11/05 | SERVICE CHARGE | .00 SC | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/07 | 111.08 | 10/19 | 3.41 | 10/30 | 1,022.38 |
| 10/08 | 61.39 | 10/20 | 46.46- | 11/02 | 400.87 |
| 10/09 | 30.18 | 10/21 | 104.76- | 11/03 | 2,538.96 |
| 10/13 | 41.20 | 10/23 | 4.76- | 11/04 | 2,261.99 |
| 10/14 | 61.20 | 10/27 | 79.34- | 11/05 | 1,796.01 |
| 10/15 | 52.50 | 10/28 | 1,749.61 | | |
| 10/16 | 110.21 | 10/29 | 1,087.08 | | |

| PAID OVERDRAFT/RETURNED ITEM FEES | Total For This Period | Total Year-to-Date |
|---|---|---|
| Paid Overdraft Fees | 90.00 | 270.00 |
| Returned Item Fees | .00 | 60.00 |

FDIC

## To Reconcile Your Account

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

## If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

## In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

## In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

    800.788.4578 or write
    Washington Trust Bank, Priority Service
    P.O. Box 2127
    Spokane, WA 99210-2127

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 6,2020 |
| Statement End | December 6,2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 31 |
| Page | 1 of 7 |

   

EDWARD A DAWSON
MARCIA M MEADE
1310 W DEAN AVE
SPOKANE WA 99201-2015


**Thank you**
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 2389 | $1,955.07 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING

**Account #** 2389

| | | | |
|---|---|---|---|
| Beginning Balance | $1,796.01 | Average Ledger | $909.01 |
| + Deposits/Credits (3) | $4,328.00 | Average Collected | $909.01 |
| - Checks/Debits (80) | $4,168.94 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $1,955.07 | | |

### Explanation of Service Fees

| Date | Description | Amount |
|---|---|---|
| 12/04 | BASE FEE IN SERVICE CHARGE | 3.00 |
| 12/04 | SERVICE CHARGE REFUND | 3.00- |
| | Total Fees = | 0.00 |

**FDIC**

3455    rev 09-17

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 6, 2020 |
| Statement End | December 6, 2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 31 |
| Page | 2 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/06 | WASHINGTON N 3810 MAPLE ST ATM W/D 1227 11/05/20 000755 SPOKANE WA C#9024 | | 160.00 |
| 11/06 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1851 11/05/20 25579800 SPOKANE WA C#9024 | | 12.56 |
| 11/06 | NETFLIX.COM NETFLIX.COM CA C#9024 DBT CRD 0631 11/05/20 50731263 | | 14.15 |
| 11/09 | WASHINGTON 706 W 2ND AVENUE ATM W/D 1129 11/09/20 002281 SPOKANE WA C#9024 | | 200.00 |
| 11/09 | MOTION AUTO SUPPLY #2 SPOKANE WA C#9024 DBT CRD 1152 11/05/20 43696870 | | 236.80 |
| 11/09 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1856 11/06/20 33614608 | | 22.71 |
| 11/09 | ROCKET MARKET SPOKANE WA C#9024 DBT CRD 1550 11/08/20 86504948 | | 7.51 |
| 11/09 | FEDEX 532471220 MEMPHIS TN C#9024 DBT CRD 0706 11/08/20 72033264 | | 40.34 |
| 11/09 | AUTO PAY CENTURYLINK MARCIA MEADE 14438139843 CCD | | 250.00 |
| 11/10 | JUICE +*REFUNDS 800-642-8056 TN C#9024 POS CRE 0000 11/09/20 46719435 | 200.00 | |
| 11/10 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1836 11/09/20 71588900 SPOKANE WA C#9024 | | 11.77 |
| 11/10 | Dropbox*6KXNNLPVD7GN db.tt/cchelp DE C#9024 DBT CRD 1632 11/09/20 11667773 | | 13.06 |
| 11/10 | JUICE +*ARO 800-642-8056 TN C#9024 DBT CRD 1100 11/09/20 12259856 | | 50.00 |
| 11/10 | JUICE +*ARO 800-642-8056 TN C#9024 DBT CRD 1102 11/09/20 13505372 | | 200.00 |
| 11/12 | WA DOL LIC & REG 24212 SPOKANE WA C#9024 DBT CRD 1446 11/10/20 47740336 | | 170.50 |
| 11/12 | TRADER JOE S #159 SPOKANE WA C#9024 DBT CRD 2043 11/11/20 98191013 | | 34.93 |
| 11/12 | JUICE +*ARO 800-642-8056 TN C#9024 DBT CRD 0014 11/10/20 24828717 | | 50.00 |
| 11/12 | FEDEX 532676344 MEMPHIS TN C#9024 DBT CRD 0815 11/11/20 13174940 | | 30.46 |
| 11/13 | WASHINGTON N 3810 MAPLE ST ATM W/D 1419 11/12/20 001370 SPOKANE WA C#9024 | | 180.00 |
| 11/13 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1816 11/12/20 56665700 SPOKANE WA C#9024 | | 12.49 |
| 11/13 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1036 11/12/20 97850784 | | 7.54 |

 **FDIC**



## Washington Trust Bank

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

### Statement of Account

| | |
|---|---|
| Statement Start | November 6,2020 |
| Statement End | December 6,2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 31 |
| Page | 3 of 7 |

   

### Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/16 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1747 11/13/20 61039100 SPOKANE    WA C#9024 | | 28.00 |
| 11/16 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1551 11/14/20 56064100 SPOKANE    WA C#9024 | | 14.25 |
| 11/16 | BOOTS BAKERY LLC SPOKANE    WA C#9024 DBT CRD 1028 11/13/20 93153207 | | 8.36 |
| 11/16 | BOOTS BAKERY LLC SPOKANE    WA C#9024 DBT CRD 1032 11/14/20 95613879 | | 8.36 |
| 11/17 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1828 11/16/20 66511700 SPOKANE    WA C#9024 | | 10.12 |
| 11/17 | CITY FOOD 1527 W 3RD AVE POS DEB 1136 11/17/20 00988482 SPOKANE    WA C#9024 | | 8.81 |
| 11/17 | MY FRESH BASKET SPOKANE    WA C#9024 DBT CRD 1227 11/16/20 64330311 | | 8.02 |
| 11/17 | TRADER JOE S #159 SPOKANE    WA C#9024 DBT CRD 2019 11/16/20 83501236 | | 7.36 |
| 11/18 | TARGET T-2857 4915 S Regal St POS DEB 1816 11/17/20 00082737 Spokane    WA C#9024 | | 10.88 |
| 11/18 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0822 11/18/20 69793700 SPOKANE    WA C#9024 | | 5.73 |
| 11/18 | MY FRESH BASKET SPOKANE    WA C#9024 DBT CRD 1048 11/17/20 04994642 | | 7.14 |
| 11/18 | NYTimes*NYTimes 800-698-4637 NY C#9024 DBT CRD 0920 11/17/20 52289430 | | 28.30 |
| 11/19 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0814 11/19/20 19457300 SPOKANE    WA C#9024 | | 5.73 |
| 11/19 | BOOTS BAKERY LLC SPOKANE    WA C#9024 DBT CRD 1038 11/18/20 99342294 | | 8.36 |
| 11/20 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1816 11/19/20 30258800 SPOKANE    WA C#9024 | | 16.37 |
| 11/20 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0827 11/20/20 79726100 SPOKANE    WA C#9024 | | 5.95 |
| 11/20 | TOBYS BATTERY & AUTO E SPOKANE    WA C#9024 DBT CRD 1210 11/19/20 54232311 | | 23.91 |
| 11/23 | WASHINGTON 611 E. 31ST AVENUE ATM W/D 1740 11/20/20 005675 SPOKANE    WA C#9024 | | 20.00 |
| 11/23 | WASHINGTON 2415 E 29TH AVE ATM W/D 1529 11/22/20 007268 SPOKANE    WA C#9024 | | 20.00 |
| 11/24 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1738 11/23/20 95987500 SPOKANE    WA C#9024 | | 5.77 |
| 11/24 | MY FRESH BASKET SPOKANE    WA C#9024 DBT CRD 1111 11/23/20 19081337 | | 4.12 |

*handwritten annotations: "personal", "office", "personal"*

**FDIC**

18-01857-FPC11    Doc 456    Filed 01/11/21    Entered 01/11/21 12:26:54    Pg 16 of 26

## Statement of Account

**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

| | |
|---|---|
| Statement Start | November 6,2020 |
| Statement End | December 6,2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 31 |
| Page | 4 of 7 |



## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/25 | XXSOC SEC  SSA  TREAS 310 MARCIA M MEADE *****8003A  SSA PPD | 1,834.00 *MM SS* | |
| 11/25 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1730 11/24/20 98506100 SPOKANE     WA C#9024 | | 4.25 |
| 11/25 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0944 11/25/20 04003900 SPOKANE     WA C#9024 | | 44.76 |
| 11/25 | MY FRESH BASKET SPOKANE     WA C#9024 DBT CRD 1326 11/24/20 00024025 | | 4.39 |
| 11/27 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1908 11/25/20 98302700 SPOKANE     WA C#9024 | | 13.59 |
| 11/27 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1247 11/26/20 65073900 SPOKANE     WA C#9024 | | 20.80 |
| 11/27 | TRADER JOE S #159 SPOKANE     WA C#9024 DBT CRD 1116 11/25/20 22075889 | | 60.62 |
| 11/27 | MY FRESH BASKET SPOKANE     WA C#9024 DBT CRD 1207 11/25/20 52326518 | | 4.70 |
| 11/27 | BOOTS BAKERY LLC SPOKANE     WA C#9024 DBT CRD 1158 11/26/20 46995562 | | 6.69 |
| 11/27 | COMCAST BELLINGHAM 800-266-2278 WA C#9024 DBT CRD 2317 11/27/20 90562066 | *office* | 200.00 |
| 11/30 | GUARDIAN NEWS & MEDIA LONDON     00 Int Fee 0946 11/29/20 91179916 Card# 9024 | *office* | .05 |
| 11/30 | WASHINGTON 2415 E 29TH AVE ATM W/D 1015 11/28/20 007536 SPOKANE     WA C#9024 | *office* | 100.00 |
| 11/30 | GRAND BLVD CON 518 E 29TH AVE POS DEB 1709 11/27/20 00908594 SPOKANE     WA C#9024 | *fuel* | 16.98 |
| 11/30 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1726 11/27/20 04893100 SPOKANE     WA C#9024 | | 26.22 |
| 11/30 | NATURAL GROCER 2512 E 29TH AVENUE POS DEB 1033 11/28/20 14873300 SPOKANE     WA C#9024 | | 15.90 |
| 11/30 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1054 11/28/20 74380200 SPOKANE     WA C#9024 | | 15.61 |
| 11/30 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1538 11/29/20 15092000 SPOKANE     WA C#9024 | *person* | 21.94 |
| 11/30 | MY FRESH BASKET SPOKANE     WA C#9024 DBT CRD 1018 11/27/20 87317244 | | 5.15 |
| 11/30 | BOOTS BAKERY LLC SPOKANE     WA C#9024 DBT CRD 1009 11/28/20 81806525 | | 8.36 |
| 11/30 | GUARDIAN NEWS & MEDIA LONDON     GB C#9024 DBT CRD 1025 11/27/20 91179916 | *office* | 5.00 |
| 11/30 | PAYMENT   QUARTERLY FEE MARCIA MEADE 6O50OV3VK71 WEB | *fees* | 350.00 |

*Handwritten annotations: "personal" bracketing several subtraction entries.*

**FDIC**

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 12/01 | WASHINGTON N 3810 MAPLE ST ATM W/D 1505 11/30/20 002783 SPOKANE WA C#9024 | | 320.00 |
| 12/01 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1840 11/30/20 80409200 SPOKANE WA C#9024 | | 12.87 |
| 12/01 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1209 11/30/20 53729801 | | 3.99 |
| 12/02 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1104 12/01/20 14538824 | | 5.67 |
| 12/02 | TRADER JOE S #159 SPOKANE WA C#9024 DBT CRD 2209 12/01/20 49575504 | | 36.75 |
| 12/02 | AT&T*BILL PAYMENT WWW.ATT.COM TX C#9024 DBT CRD 1748 11/30/20 57241253 | | 111.42 |
| 12/03 | XXSOC SEC SSA TREAS 310 EDWARD A DAWSON *****9378A SSA PPD | 2,294.00 | |
| 12/03 | WASHINGTON N 3810 MAPLE ST ATM W/D 1554 12/02/20 003007 SPOKANE WA C#9024 | | 60.00 |
| 12/03 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1825 12/02/20 30440000 SPOKANE WA C#9024 | | 12.44 |
| 12/03 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0846 12/03/20 01569400 SPOKANE WA C#9024 | | 5.73 |
| 12/03 | BOOTS BAKERY LLC SPOKANE WA C#9024 DBT CRD 1052 12/02/20 07524854 | | 10.55 |
| 12/03 | MY FRESH BASKET SPOKANE WA C#9024 DBT CRD 1102 12/02/20 13468233 | | 4.27 |
| 12/03 | AUNTIES BOOKSTORE 989-3488411 WA C#9024 DBT CRD 1133 12/02/20 32138234 | | 19.55 |
| 12/03 | INSPREMIUM TEPCO PREMIUM DAWSON MEADE PS MARCIA PPD | | 133.96 |
| 12/04 | WASHINGTON E 18 BALDWIN ST ATM W/D 1634 12/03/20 009551 SPOKANE WA C#9024 | | 300.00 |
| 12/04 | NWS STAPLES 06 2624 NORTH DIVISIO POS DEB 1647 12/03/20 57230283 SPOKANE WA C#9024 | | 35.93 |
| 12/04 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 0819 12/04/20 31534400 SPOKANE WA C#9024 | | 7.94 |
| 12/04 | PEND OREILLE COUNTY TR 888-8916064 WA C#9024 DBT CRD 1227 12/03/20 64553199 | | 2.50 |
| 12/04 | PEND OREILLE COUNTY TR 888-8916064 WA C#9024 DBT CRD 1227 12/03/20 64565745 | | 100.00 |
| 12/04 | AT&T*BILL PAYMENT WWW.ATT.COM TX C#9024 DBT CRD 1257 12/03/20 82487755 | | 100.00 |
| 12/04 | SERVICE CHARGE | .00 SC | |

MEMBER FDIC 

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 6, 2020 |
| Statement End | December 6, 2020 |
| Account Number | 2389 |
| Total Days in Statement Period | 31 |
| Page | 6 of 7 |

   

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/06 | 1,609.30 | 11/18 | 145.86 | 11/30 | 944.64 |
| 11/09 | 851.94 | 11/19 | 131.77 | 12/01 | 607.78 |
| 11/10 | 777.11 | 11/20 | 85.54 | 12/02 | 453.94 |
| 11/12 | 491.22 | 11/23 | 45.54 | 12/03 | 2,501.44 |
| 11/13 | 291.19 | 11/24 | 35.65 | 12/04 | 1,955.07 |
| 11/16 | 232.22 | 11/25 | 1,816.25 | | |
| 11/17 | 197.91 | 11/27 | 1,509.85 | | |

| PAID OVERDRAFT/RETURNED ITEM FEES | Total For This Period | Total Year-to-Date |
|---|---|---|
| Paid Overdraft Fees | .00 | 270.00 |
| Returned Item Fees | .00 | 60.00 |

MEMBER
FDIC

## To Reconcile Your Account

| Transactions | Amount | Transactions | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Total | | |

List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement).

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |

*THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below.

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA 99210-2127

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | October 7, 2020 |
| Statement End | November 5, 2020 |
| Account Number | 2397 |
| Total Days in Statement Period | 30 |
| Page | 1 of 3 |

   

EDWARD A DAWSON
MARCIA M MEADE
1310 W DEAN AVE
SPOKANE WA 99201-2015

 **Thank you**
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 2397 | $36.76 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING

**Account #**     **2397**

| | | | |
|---|---|---|---|
| Beginning Balance | $21.22 | Average Ledger | $45.51 |
| + Deposits/Credits (1) | $136.54 | Average Collected | $45.51 |
| - Checks/Debits (3) | $121.00 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $36.76 | | |

### Explanation of Service Fees

| Date | Description | Amount |
|---|---|---|
| 11/05 | BASE FEE IN SERVICE CHARGE | 3.00 |
| 11/05 | SERVICE CHARGE REFUND | 3.00- |
| | Total Fees = | 0.00 |

MEMBER
 FDIC

# **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

   

## Activity in Date Order

| Date | Description | | Additions | Subtractions |
|---|---|---|---|---|
| 10/09 | Transf to SIMPCKG<br>1009202425 | 2389 Confirmation number | | 21.00 |
| 10/13 | DEPOSIT | | 136.54 | |
| 10/16 | Transf to SIMPCKG<br>1016202722 | 2389 Confirmation number | | 80.00 |
| 10/23 | WASHINGTON N 3810 MAPLE ST ATM W/D 1134<br>10/23/20 009668 SPOKANE    WA C#9807 | | | 20.00 |
| 11/05 | SERVICE CHARGE | | .00 SC | |

## Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10/07 | 21.22 | 10/13 | 136.76 | 10/23 | 36.76 |
| 10/09 | .22 | 10/16 | 56.76 | 11/05 | 36.76 |

| PAID OVERDRAFT/RETURNED ITEM FEES | Total For<br>This Period | Total<br>Year-to-Date |
|---|---|---|
| Paid Overdraft Fees<br>Returned Item Fees | .00<br>.00 | 120.00<br>.00 |

FDIC

## To Reconcile Your Account

| Transactions | Amount | Transactions | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | |

List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement).

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |

*THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below.

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

800.788.4578 or write
Washington Trust Bank, Priority Service
P.O. Box 2127
Spokane, WA 99210-2127

18-01857-FPC11   Doc 456   Filed 01/11/21   Entered 01/11/21 12:26:54   Pg 23 of 26

 **Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
800.788.4578 | watrust.com

Statement of Account

| | |
|---|---|
| Statement Start | November 6,2020 |
| Statement End | December 6,2020 |
| Account Number | 2397 |
| Total Days in Statement Period | 31 |
| Page | 1 of 3 |

   

EDWARD A DAWSON
MARCIA M MEADE
1310 W DEAN AVE
SPOKANE WA 99201-2015

 **Thank you**
for being a valued Washington Trust Bank client.

## SUMMARY OF ACCOUNTS

| Product Name | Account Number | Ending Balance |
|---|---|---|
| SIMPLICITY CHECKING | 2397 | $6.38 |

## CHECKING ACCOUNTS

### SIMPLICITY CHECKING

**Account #**    **2397**

| | | | |
|---|---|---|---|
| Beginning Balance | $36.76 | Average Ledger | $16.34 |
| + Deposits/Credits (0) | $0.00 | Average Collected | $16.34 |
| - Checks/Debits (2) | $30.38 | | |
| - Service Charge | $0.00 | | |
| + Interest Paid | $0.00 | | |
| Ending Balance | $6.38 | | |

### Explanation of Service Fees

| Date | Description | Amount |
|---|---|---|
| 12/04 | BASE FEE IN SERVICE CHARGE | 3.00 |
| 12/04 | SERVICE CHARGE REFUND | 3.00- |
| | Total Fees = | 0.00 |

 **FDIC**

18-01857-FPC11   Doc 456   Filed 01/11/21   Entered 01/11/21 12:26:54   Pg 24 of 26

**Washington Trust Bank**

P.O. Box 2127, Spokane, WA 99210-2127
(800) 788-4578 | watrust.com

   

## Activity in Date Order

| Date | Description | Additions | Subtractions |
|---|---|---|---|
| 11/12 | ROSAUERS #26 2610 E 29TH AVE POS DEB 1855 11/11/20 84085200 SPOKANE    WA C#9807 | | 12.27 |
| 11/19 | SUPER 1 FOODS 830 E. 29TH AVE POS DEB 1855 11/18/20 18040800 SPOKANE    WA C#9807 | | 18.11 |
| 12/04 | SERVICE CHARGE | .00 SC | |

## Daily Balance Information

| Date | Balance | Date | Balance |
|---|---|---|---|
| 11/06 | 36.76 | 11/19 | 6.38 |
| 11/12 | 24.49 | 12/04 | 6.38 |

| PAID OVERDRAFT/RETURNED ITEM FEES | Total For This Period | Total Year-to-Date |
|---|---|---|
| Paid Overdraft Fees | .00 | 120.00 |
| Returned Item Fees | .00 | .00 |

MEMBER
FDIC

## To Reconcile Your Account

| List outstanding transactions (checks, ATM transactions, automatic payments and other withdrawals not shown on your statement). | | | |
|---|---|---|---|
| Transactions | Amount | Transactions | Amount |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Total |  |

| | | |
|---|---|---|
| Ending Balance This Statement | | |
| Add Deposits Not Shown On Statement | + | |
| Subtotal | | |
| Subtract Total Outstanding Transactions | – | |
| *Current Available Balance | $ | |
| Ending Balance from Checkbook | | |
| Add Any Interest or Other Credits (if applicable, from statement) | + | |
| Subtract Total Service Charges / Fees (if applicable, from statement) | – | |
| *Current Available Balance | $ | |
| *THESE TOTALS SHOULD BE THE SAME. If totals do not agree, see below. | | |

### If Your Statement and Checkbook Do Not Agree

- Compare transaction amounts on the statement to your checkbook.
- Compare deposits or other credit amounts on the statement to your checkbook and your receipts.
- Be sure all transactions (checks, ATM transactions, transfers, automatic payments, and service charges/fees) are recorded in your checkbook.
- If your account is still out of balance, please notify us immediately.

### In Case of Irregularities on This Statement

The bank is released from liability or claim of loss except when the depositor has reported a discrepancy or irregularity in connection with the account within 30 days from the date of statement in which the discrepancy occurred.

### In Case of Errors or Questions About Electronic Funds Transfers

Call or write us at the telephone number or address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction action, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (5 business days for VISA debit card point-of-sale transactions processed by VISA and 20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation by contacting us at the address below. The bank reserves the right to charge for necessary investigation time if it is discovered that the bank is not in error.

Direct all inquiries to:

    800.788.4578 or write
    Washington Trust Bank, Priority Service
    P.O. Box 2127
    Spokane, WA 99210-2127